1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    RUBEN CONTRERAS, Sr.,                    No. CIV S-07-1490-LKK-CMK-P

12                Petitioner,

13          vs.                                ORDER

14    K. SISTO, et al.,

15                Respondents.

16    _____/

17          Petitioner is a state prisoner proceeding pro se and in forma pauperis with an

18    application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has requested the

19    appointment of counsel.  In light of the complexity of the legal issues involved, the court has

20    determined that the interests of justice require appointment of counsel.  See 18 U.S.C. §

21    3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).  The parties will

22    be required to submit status reports and are advised that failure to timely file a status report may

23    result in sanctions.  See Local Rule 11-110.

24          Accordingly, IT IS HEREBY ORDERED that:

25          1.     Petitioner's motion for appointment of counsel is granted;

26          2.     The Federal Defender is appointed to represent petitioner;

1

1       3. The Clerk of the Court is directed to serve a copy of petitioner's habeas

2    corpus application and a copy of this order on David M. Porter, Assistant Federal Defender;

3       4. Petitioner's counsel shall contact the Clerk's Office to make arrangements

4    for  copies of other documents in the file; and

5       5. Within 20 days of the date of this order, the parties shall file and serve

6    status reports which address the timing and order of the following matters:

7        a. Discovery and investigations;

8        b. Anticipated motions;

9        c. The need for and timing of an evidentiary hearing;

10       d. Enumeration and resolution of unexhausted claims; and

11       e. Possible future amendments to the petition.

12

13   DATED:   August 15, 2007.

14

15                    

16                   **CRAIG M. KELLISON**
                UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26