1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    RUBEN CONTRERAS, Sr.,                    No. CIV S-07-1490-LKK-CMK-P

12                 Petitioner,

13          vs.                                 ORDER

14    K. SISTO, et al.,

15                 Respondents.

16    _____/

17              Petitioner is a state prisoner proceeding with appointed counsel and in forma

18    pauperis with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner

19    filed his first amended petition on September 4, 2007.  Pending before the court is petitioner's

20    request to set a briefing schedule (Doc. 16).[1]   That request will be granted.

21              The court has examined the amended petition as required by Rule 4 of the Federal

22    Rules Governing Section 2254 Cases.  It does not plainly appear from the petition and any

23    attached exhibits that petitioner is not entitled to relief.  See id.  Respondents, therefore, will be

24    _____

25         [1]      Petitioner originally filed a request for a stay and abeyance to allow him time to
      exhaust his claims.  However, as petitioner has been able to exhaust his state petition timely, he
26    subsequently filed a notice to withdraw that request.

1  directed to file a response to petitioner's petition.  See id.  If respondents answer the petition,

2  such answer must comply with Rule 5 of the Federal Rules Governing Section 2254 Cases.

3  Specifically, an answer shall be accompanied by any and all transcripts or other documents

4  relevant to the determination of the issue(s) presented in the petition.  See id.

5          Accordingly, IT IS HEREBY ORDERED that:

6          1.      Respondents are directed to file a response to petitioner's first amended

7  petition within 60 days from the date of service of this order; and

8          2.      Petitioner's traverse or reply (if respondents file an answer to the petition),

9  if any, or opposition or statement of non-opposition (if respondents file a motion in response to

10  the petition) shall be filed and served within 30 days of service of respondents' response.


DATED:  November 29, 2007

                        _____
                        **CRAIG M. KELLISON**
                        UNITED STATES MAGISTRATE JUDGE

2