IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**RUBEN CONTRERAS, Sr.,**              )     NO. CV-07-1490 LKK-CMK

              Petitioner,              )

                        )     **ORDER**

   v.                                         )

**D.K. SISTO, Warden,**                   )

            Respondent.              )

_____ )

    **GOOD CAUSE APPEARING**, petitioner is given to and including March 6, 2008, to file his Traverse.

DATED:  February 28, 2008

_____

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE