IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN CONTRERAS, Sr., | No. CIV S-07-1490-LKK-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| K. SISTO, et al., | |
| Respondents. | |
| _____/ | |

      Petitioner is a state prisoner proceeding with appointed counsel and in forma pauperis with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's request to file a paper copy of the exhibits to his traverse (Doc. 38).

      Petitioner attempted to attach the exhibits, consisting of transcripts from his parole hearings, to his traverse. However, due to the nature of the exhibits, counsel experienced difficulties with the electronic filing. Accordingly, she wishes to file the exhibits in paper format. This request will be granted. In addition, the court will request a courtesy copy of the exhibits filed in paper format be submitted to the magistrate judge assigned to this case. Such copies can be submitted to the magistrate judge at the United States District Court, 2986 Bechelli

Lane, Redding, California 96002.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request to file exhibits to his traverse in paper format is granted; and

2. Petitioner shall provide the magistrate judge a courtesy copy of the exhibits filed in paper format.

DATED: April 4, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE