**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBEN CONTRERAS, Sr., | No. CIV S-07-1490-LKK-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| K. SISTO, et al., | |
| Respondents. | |
| _____/ | |

Petitioner is a state prisoner proceeding with appointed counsel and in forma pauperis with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is challenging the 2006 Governor reversal of the parole board's grant of parole decision. Given the time this matter has been submitted, the court requests a custody status update for petitioner.

Petitioner is directed to file a custody status report within 10 days of the date of this order. If petitioner is no longer incarcerated, he shall either file a notice of voluntary dismissal or show cause why his petition should not be dismissed as moot. The notice of voluntary dismissal or response to the order to show cause shall be filed with the custody status report within 10 days of the date of this order.

/ / /

1 | If petitioner has been released from custody and files a response to the order to
2 | show cause, respondent may file a response thereto within 10 days of the date petitioner's
3 | response is filed.
4 | IT IS SO ORDERED.

DATED: January 18, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2