IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN CONTRERAS, Sr., | No. CIV S-07-1490-LKK-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| K. SISTO, et al., | |
| Respondents. | |

Petitioner is a state prisoner proceeding with appointed counsel and in forma pauperis with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has filed a notice of voluntary dismissal.  Good cause appearing therefor, this action is dismissed. See Fed. R. Civ. P. 41(a)(2).  The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.


DATED:  February 2, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1